■ In the Matter of REX CALLAWAY, an Attorney, Resignor. [720 NYS2d 418] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,* 240 AD2d 83). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Dec. 27, 2000.)

■ In the Matter of RODNEY L. GLASSPOOLE, an Attorney, Resignor. [720 NYS2d 418] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,* 240 AD2d 83). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Dec. 27, 2000.)

■ In the Matter of CHERYL ANN PETERSON, an Attorney, Resignor. [720 NYS2d 418] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,* 240 AD2d 83). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Dec. 27, 2000.)

■ In the Matter of KEITH R. WOLFE, for Reinstatement. [724 NYS2d 144] —Order of reinstatement entered. Present— Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ. (Filed Jan. 17, 2001.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH ASBURY, Appellant. [725 NYS2d 585] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Sale Marihuana, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIPE BURGOS, Appellant. [725 NYS2d 584] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Violation of Probation.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.